UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DORIDA MARITIME S.A.,

                Plaintiff,

v.                                 09 CV 3103 (JGK)

BULK TRADE INTERNATIONAL LIMITED,
and EAST WEST MARITIME PTE LTD.

                Defendants.
------------------------------------------------------------x



### ORDER FOR THE DEPOSIT OF FUNDS IN AN INTEREST BEARING ACCOUNT IN THE CUSTODY OF THE CLERK OF THE COURT

WHEREAS, on March 31, 2009, DORIDA MARITIME S.A., ("DORIDA" or "Plaintiff") instituted the present action seeking, *inter alia*, the attachment of assets of BULK TRADE INTERNATIONAL LIMITED ("BULK") and EAST WEST MARITIME PTE LTD ("EW MARINE") within this district pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure as security for Plaintiff's claims against Defendants in arbitration, and

WHEREAS, the verified complaint seeks damages against Defendants in the amount of $622,890.65 including interest, costs of arbitration and attorneys' fees, and

WHEREAS, on or about April 8, 2008 this Court granted an order of attachment against Defendants' property, and pursuant thereto Plaintiff served Process of Maritime Attachment and Garnishment within this district upon Bank of New York Mellon which, on or about April 16,

Chalos & Co. ref. 2120.001

2009, attached, and is now holding pending further order of this Court, wire transfer funds in the amount of $112,880.00 belonging to Defendant EW MARINE, and

FURTHER, Plaintiff served Process of Maritime Attachment and Garnishment within this district upon Citibank which, on or about April 17, 2009, attached, and is now holding pending further order of this Court, wire transfer funds in the amount of $11,521.00 belonging to Defendant EW MARINE, and

FURTHER, Plaintiff served Process of Maritime Attachment and Garnishment within this district upon Deutsche Bank which, on or about April 21, 2009, attached, and is now holding pending further order of this Court, wire transfer funds in the amount of $1,152.00 belonging to Defendant EW MARINE, and

WHEREAS, the $125,553.00 now held by garnishee banks, Bank of New York Mellon, Citibank and Deutsche Bank, should be deposited in an interest bearing account in the custody of the Clerk of the Court pending further order of this Court,

THEREFORE, it is hereby Ordered that:

1. Garnishee Bank of New York Mellon shall promptly wire transfer $112,880.00 to the account of the Clerk of the United States District Court for the Southern District of New York at the United States Treasury, ABA number 021030004, Agency Location Code 4654, referencing "Dorida Maritime S.A. v. Bulk Trade International Limited, and East West Marine Pte Ltd., Docket Number 09 Civ. 3103 (JGK)".

2. Garnishee Citibank shall promptly wire transfer $11,521.00 to the account of the Clerk of the United States District Court for the Southern District of New York at the United States Treasury, ABA number 021030004, Agency Location Code 4654, referencing "Dorida

2

Chalos & Co. ref. 2120.001

Maritime S.A. v. Bulk Trade International Limited, and East West Marine Pte Ltd., Docket Number 09 Civ. 3103 (JGK)".

3. Garnishee Deutsche Bank shall promptly wire transfer $1,152.00 to the account of the Clerk of the United States District Court for the Southern District of New York at the United States Treasury, ABA number 021030004, Agency Location Code 4654, referencing "Dorida Maritime S.A. v. Bulk Trade International Limited, and East West Marine Pte Ltd., Docket Number 09 Civ. 3103 (JGK)".

4. Upon transfer of the funds in accordance with this Order and furnishing copies of the transfer instructions to the attorneys for the Plaintiff, Bank of New York Mellon, Citibank and Deutsche Bank shall be relieved of all responsibility in this matter.

5. Upon receipt of the $125,553.00 the Clerk of this Court shall invest the entire amount in an interest bearing account pending further order of this Court.

6. The Clerk of this Court is directed to deduct from the income on the investment a fee equal to ten percent (10%) of the income earned, but not exceeding the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

7. Directly after service of this Order on the Clerk of this Court and his Financial Deputy pursuant to Local Civil Rule 67.1 (a), the attorney for the Plaintiff shall cause a copy of this Order to be personally served on Bank of New York Mellon, Citibank and Deutsche Bank; and the said attorney shall provide proof of service on Bank of New York Mellon, Citibank and Deutsche Bank to the Defendants.

8. The deposit shall remain in the custody of the Clerk of this Court pending the issuance of an arbitration award rendered in favor of Plaintiff and against Defendants and confirmed by

Chalos & Co. ref. 2120.001

judgment of this Court, or pending other stipulation executed by both parties and so ordered by this Court or until such time as this Court orders the release of said funds pursuant to application by either party.

9. This case shall be dismissed without prejudice, subject to reopening upon the request of either party to the Court, for purposes of effectuating the release of the deposited funds from the Clerk of this Court as set forth above.

Dated: July 22, 2009
Oyster Bay, New York

Respectfully Submitted:

CHALOS & CO, P.C.

Attorneys for Plaintiff
DORIDA MARITIME S.A.

By: _____
George M. Chalos (GC-8693)
Briton P. Sparkman (BS-5220)
123 South Street
Oyster Bay, NY 11771
Tel: (516) 714-4300
Fax: (516) 750-9051

SO ORDERED:

_____
U.S.D.J.

7/24/09